**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**James H BATES, Defendant–Appellant.**

No. 09–30038

**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 23, 2010.

Theodore R. Carter, III, Diane Hollenshead Copes, Esq., Stephen Andrew Hig-

ginson, Carol Loupe Michel, Assistant U.S. Attorney, U.S. Attorney's Office, New Orleans, LA, for Plaintiff–Appellee.

George Frazier, New Orleans, LA, for Defendant–Appellant.

James H. Bates, Oakdale, LA, pro se.

Before REAVLEY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent James H. Bates, federal prisoner # 24837–034, in his appeal of the district court's order denying 18 U.S.C. § 3582(c)(2) relief, has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Bates has not filed a response. Our independent review of the record and counsel's brief discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.